## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

William Logue,                              :
                           Petitioner       :
                                            :
      v.                                    :
                                            :
Workers' Compensation Appeal                :
Board (Commonwealth of Pennsylvania),       :
                           Respondent  :      No. 1882 C.D. 2014

## **O R D E R**

NOW, August 25, 2015, having considered petitioner's application for reargument *en banc* and respondent's answer in response thereto, the application is denied.

DAN PELLEGRINI,
President Judge